NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CRAIG THORNER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | CIVIL ACTION NO. 13-3426 (MLC)<br><br>**O R D E R** |

**THE DEFENDANT**, Microsoft Corporation ("Microsoft"), having moved for summary judgment of noninfringement of United States Patent No. 6,422,941 ("the '941 Patent") in its favor and against the plaintiff, Craig Thorner ("Thorner") (see dkt. entry no. 15); and Thorner having cross-moved for summary judgment of infringement of the '941 Patent in his favor and against Microsoft (see dkt. entry no. 19); and

**THE COURT** having reviewed all of the papers submitted upon the motion and the cross motion; and the Court having held oral argument on June 13, 2014; and for the reasons stated on the record on that date; and for good cause appearing:

**IT IS THEREFORE** on this 16th day of June, 2014, **ORDERED** that the motion for summary judgment by the defendant, Microsoft Corporation (dkt. entry no. 15) is **DENIED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the motion for summary judgment by the plaintiff, Craig Thorner (dkt. entry no. 19) is **DENIED WITHOUT PREJUDICE**.

  s/ Mary L. Cooper
**MARY L. COOPER**
United States District Judge